### IN THE UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 1:12cr00291-001** |
| | ) | |
| Plaintiff, | ) | **JUDGE: JAMES S. GWIN** |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **TRINITA ALEXANDER,** | ) | |
| | ) | |
| Defendant. | ) | |

This matter was heard on November 13, 2014, upon the request of the United States Pretrial and Probation Office for a finding that defendant violated the conditions of supervised release [Doc. 24]. The defendant was present and represented by Attorney Timothy Ivey. The violation report was referred to Magistrate Judge Nancy A. Vecchiarelli who issued a Report and Recommendation on October 22, 2014 [Doc. 30]. No objections having been filed the Court adopted the Magistrate Judge's Report and Recommending and found the following terms of supervision had been violated:

      1) new law violation;

      2) failure to pay restitution as required/directed.

The Court ordered defendant's supervised release continued as originally imposed with the additional condition that defendant participate in any mental health treatment program recommended by the supervising officer.

      IT IS SO ORDERED.

Dated: November 14, 2014        *s/    James S. Gwin*
                                JAMES S. GWIN
                                UNITED STATES DISTRICT JUDGE